SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Plaintiff Righthaven LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>             Plaintiff,<br><br>v.<br><br>NEWSBLAZE LLC, a California limited liability company; and ALAN GRAY, an individual,<br><br>             Defendants. | Case No.: 2:11-cv-00720-RCJ-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF RIGHTHAVEN LLC TO RESPOND TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>**(FIRST REQUEST)** |

    IT IS HEREBY STIPULATED BETWEEN Righthaven LLC ("Righthaven"), by and through its counsel of record, and Defendant NewsBlaze LLC and Alan Gray (collectively "Defendants"), by and through their counsel of record, that Righthaven shall have up to and including Friday, July 8, 2011 to file its response to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. # 6). Defendants shall an additional three (3) days from the time period from the standard briefing period under the Local Rules of Civil Practice to file their reply to Righthaven's response.

This stipulation is sought in good faith and not for purposes of delay.  It is entered into as an accommodation to Righthaven's counsel's schedule.

Dated this 1st day of July, 2011.

| RANDAZZA LEGAL GROUP | SHAWN A. MANGANO, LTD. |
|---|---|
| By: /s/ J. Malcom DeVoy IV<br>J. Malcom DeVoy IV, Esq.<br>Nevada Bar No. 11950<br>jmd@Randazza.com<br>7001 W. Charleston Blvd., # 1043<br>Las Vegas, Nevada 89117 | By: /s/ Shawn A. Mangano<br>Shawn A. Mangano, Esq.<br>Nevada Bar No. 6730<br>shawn@manganolaw.com<br>9960 West Cheyenne Avenue, Suite 170<br>Las Vegas, Nevada 89129-7701 |
| *Attorneys for Defendants NewsBlaze LLC and Alan Gray* | *Attorneys for Plaintiff Righthaven LLC* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**